# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

DANIEL E. KIRBY,

      Plaintiff,

v.                         CASE NO.  4:13cv616-RH/CAS

OFFICER D. DELAVEGA,
LIEUTENANT ENFINGER,

      Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 25.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  This case is transferred to the United States District Court for the Northern District of Florida, Pensacola Division.  The clerk must take all steps necessary to effect the transfer.

SO ORDERED on November 17, 2014.

                              s/Robert L. Hinkle_____
                              United States District Judge